CHARLES E. OLSON, Respondent, v. METAL PACKAGE
CORPORATION OF NEW YORK, Appellant.

*Negligence — injury to motorman of a trolley car through collision with
motor truck.*

*Olson* v. *Metal Package Corporation of New York,* 211 App. Div.
848, affirmed.

(Argued May 14, 1925; decided June 9, 1925.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered January 13, 1925, modifying and affirming as
modified a judgment in favor of plaintiff entered upon
a verdict in an action to recover for personal injuries
alleged to have been sustained by plaintiff through the
negligence of defendant. Plaintiff, a motorman on a
trolley car, received the injuries complained of as the
result of a collision between his car and a motor truck
belonging to defendant. The trolley car was proceeding
easterly on Tremont avenue, borough of The Bronx and
had come to a stop at Mapes avenue. The defendant's
truck was also eastbound and while the trolley car was
at or immediately near Mapes avenue, passed on the left
and then endeavored to turn to the southeast to get
upon the track ahead of the trolley car, and crashed into
the left side of the front vestibule.

*Charles H. Tuttle* and *William B. Roulstone* for appellant.
*Thomas J. O' Neill* and *Leonard F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

CHARLES H. TUTTLE, Respondent, v. HOME INSURANCE
COMPANY, Appellant.

*Insurance — action to recover upon policy of fire insurance covering
furniture in dwelling house and additions — furniture in separate
building physically connected with dwelling covered.*

*Tuttle* v. *Home Ins. Co.,* 213 App. Div. 816, affirmed.

(Argued May 15, 1925; decided June 9, 1925.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,